## OKMULGEE GAS CO. v. KELLY.

No. 13776—Opinion Filed Sept. 30, 1924.

Rehearing Denied Dec. 30, 1924.

Second Rehearing Denied Jan. 6, 1925.

**1. Case Followed.**

The syllabus of Okmulgee Gas Co. v. C. W. Kelly et al., 105 Okla. 189, 232 Pac. 428, is adopted as the syllabus in this case

**2. Insufficiency of Evidence.**

Record examined: held, to be insufficient to support the judgment in favor of the plaintiff.

(Syllabus by Stephenson, C.)

Commissioners' Opinion, Division No. 4.

Error from District Court, Okmulgee County: Mark L. Bozarth, Judge.

Action by C. W. Kelly against the Okmulgee Gas Company. Judgment for plaintiff. Defendant brings error. Reversed and remanded.

M. A. Breckenridge, Chas. E. Bostick, and Lee Daniel, for plaintiff in error.

R. E. Simpson and Hummer & Foster, for defendant in error.

Opinion by STEPHENSON, C. This action was commenced by the plaintiff for personal injuries alleged to have been received in a gas explosion occurring in the home of L. G. Agard, in the city of Okmulgee, about 7 o'clock on December 20, 1919. The plaintiff was occupying a portion of the residence of L. G. Agard as tenant of the latter at the time of the explosion. The facts and circumstances in connection with the explosion are fully set forth in the case of Okmulgee Gas Co. v. C. W. Kelly et al., 105 Okla. 189, 232

Pac. 428. The latter action was commenced for the recovery of damages in favor of the plaintiff for the wrongful death of the wife of this plaintiff, resulting from the gas explosion. In the latter action the plaintiff failed to show a causal connection between any alleged wrong of the defendant and the cause resulting in the death of the wife. The same condition applies to the record in this case upon which judgment rests in favor of the plaintiff and against the defendant. As the analysis and conclusions applied in the case of the death of the wife are applicable in this case, it would serve no useful purpose to reanalyse and apply the rules of law in this appeal.

Therefore, it is recommended that this cause be reversed and remanded for further proceedings in accordance with the conclusions reached and applied in the case of Okmulgee Gas Co. v. C. W. Kelly et al., supra.

By the Court: It is so ordered.